# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



U.S. District Court
Wisconsin Eastern

MAR - 3 2026

FILED
Clerk of Court

(Full name of plaintiff(s))

_James Franklin Jr_

_____

_____

v.

(Full name of defendant(s))

_KDC/One Northern Labs_

_____

_____

Case Number:

_26-CV-350_

(to be supplied by Clerk of Court)

---

A.     **PARTIES**

1.     Plaintiff is a citizen of _Wisconsin_ and resides at
       (State)

_4919 Windward CT Apt 10 Sheboygan, WI 53083_
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.     Defendant _KDC/One Northern Labs_
       (Name)

is (if a person or private corporation) a citizen of ___Canada___

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___KDC/One Northern Labs 5800 West Dr. Manitowoc, WI___

(Employer's name and address, if known) 54220

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff James Franklin Jr is an African American former employee of Defendant KDC/one Northern Labs.

While employed, Plaintiff experienced harrassment and hostile treatment in the workplace.

Plaintiff was treated differently than a similarly situated white employee who was not terminated.

Plaintiff was terminated from employment on or about January 21, 2026.

Plaintiff believes his termination was motivated by race.

Plaintiff has never been wrote up, Coached or had a verbal warning.

Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission.

Plaintiff received a Notice of Right to Sue dated February 3, 2026.

Defendant's actions violated Title VII of the Civil Rights Act of 1964.

C.   JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.   RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Plaintiff seeks relief including

Back pay for lost wages

Compensation for emotional distress

Punitive damages

Attorney fees

Any other relief the Court finds just and

appropriate

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ~~February~~ day of _____28_____ 20 26.

Respectfully Submitted,

_Signature of Plaintiff_

920 - 377 - 6193
Plaintiff's Telephone Number

bjfranklin26@gmail.com
Plaintiff's Email Address

4919 Windward Ct Apt 10 Sheboygan, WI 53083
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.